Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jesse David Macias

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE DAVID MACIAS, ) | Case No.: 2:15-cv-04180-BRO-GJS |
| ) | |
| ) | /PROPOSED/ ORDER OF |
| Plaintiff, ) | DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above captioned matter is dismissed with prejudice, each party to bear
its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: December 7, 2015

_____
THE HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-

1

DATE: December 2, 2015          Respectfully submitted,

2

LAW OFFICES OF LAWRENCE D. ROHLFING

3

/s/ *Denise Bourgeois Haley*

BY:_____
Denise Bourgeois Haley
Attorney for plaintiff Jesse David Macias

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:15-CV-04180-BRO-GJS**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on December 2, 2015.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____

Denise Bourgeois Haley
Attorneys for Plaintiff
_____